JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEIQIANG WANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO N. MAYORKAS, ET AL.,<br><br>　　　　Defendants. | No. 2:23-cv-01179-JLS-SK<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION (Doc. 12)** |

　　Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

　　IT IS HEREBY ORDERED that the instant action shall be stayed until January 29, 2024.  No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

Dated: April 26, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE